UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENSTOOTH RANCH LLC,

    Plaintiffs,

v.

THE BURLINGTON INSURANCE COMPANY,

    Defendants.

Case No. 17-cv-00006-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 4, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 3, 2017.

DESIGNATION OF EXPERTS: 12/15/17; REBUTTAL: 1/16/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 31, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 3, 2017;
    Opp. Due: November 17, 2017; Reply Due: November 24, 2017;
    and set for hearing no later than December 8, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 27, 2018 at 3:30 PM.

COURT TRIAL DATE: March 12, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
On or before 5/5/17, counsel shall inform the Court of the name of the selected mediator and the date of the mediation session. The private mediation session shall occur by the end of July 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/17/17

_____
SUSAN ILLSTON
United States District Judge