| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENSTOOTH RANCH LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE BURLINGTON INSURANCE COMPANY,<br><br>        Defendants. | Case No. 17-cv-00006-SI  (SI)<br><br>AMENDED<br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  November 17, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  April 20, 2018.

DESIGNATION OF EXPERTS: 6/18/18; REBUTTAL: 6/29/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  July 27, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 27, 2018;
    Opp. Due: May 11, 2018; Reply Due:  May 18, 2018;
    and set for hearing no later than  June 1, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE:  August 7,  2018 at 3:30 PM.

COURT TRIAL DATE:  August 20,  2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Due to an underlying state court proceeding, the Court amended the trial schedule as indicated above.

The deadline to conduct mediation is 4/20/18.

The Court anticipates no further trial continuances.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/7/17

_____
SUSAN ILLSTON
United States District Judge