UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENSTOOTH RANCH LLC, | Case No. 17-cv-00006-SI |
| Plaintiff, | |
| v. | JUDGMENT |
| THE BURLINGTON INSURANCE COMPANY, | |
| Defendant. | |

The Court denied plaintiff's motion for summary judgment and granted defendant's cross-motion for summary judgment. Accordingly, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 24, 2018

SUSAN ILLSTON
United States District Judge